KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

MICHAEL F. ALBANESE #9421
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:   (808) 541-2958
Email:        Michael.Albanese@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  <br>             Plaintiff,  <br>  <br>      vs.  <br>  <br> EDWARD CASPINO            (01)  <br> WILLIAM CASPINO          (02)  <br> LAVERN JOSEPH             (03)  <br> KERILYN KELIINOI         (04)  <br> HOWARD UNEBASAMI, and (05)  <br> FAUSTO ARAGON, JR.      (06)  <br>  <br>             Defendants. | Crim. No. 23-00086 JMS  <br>  <br> FINAL ORDER OF FORFEITURE |

FINAL ORDER OF FORFEITURE

WHEREAS, on March 7, 2025, this Court entered a Preliminary Order of

Forfeiture in which, with the consent of defendant Edward Caspino, the Court

ordered the forfeiture of all of defendant Edward Caspino's right, title, and interest in the following property (the "Forfeitable Property"):

    i.    $468,800.00 in U.S. currency, seized on or about March 2, 2023, from safe deposit boxes at Bank of Hawaii, Waianae Branch;

    ii.    $122,763.00 in U.S. currency, seized on or about March 29, 2023, from a residence on Moekolu Street in Waianae, Hawaii; and

    iii.    All right, title, and interest, including all appurtenances and improvements thereon, in the real property, known as 87-881 Iliili Road, Waianae, Hawaii 96792 (the "Iliili Road Property"); and

WHEREAS, on March 22, 2024, with the consent of defendant Fausto Aragon, Jr., this Court entered a Preliminary Order of Forfeiture, ordering the forfeiture of all of defendant Fausto Aragon, Jr.'s right, title, and interest in the Iliili Road Property; and

WHEREAS, on January 23, 2025, with the consent of defendant William Caspino, this Court entered a Preliminary Order of Forfeiture, ordering the forfeiture of all of defendant William Caspino's right, title and interest in the Forfeitable Property; and

WHEREAS, on February 7, 2025, with the consent of defendant Kerilyn Caspino, this Court entered a Preliminary Order of Forfeiture, ordering the

2

forfeiture of all of defendant Kerilyn Caspino's right, title and interest in the Forfeitable Property; and

WHEREAS, on March 11, 2025, with the consent of defendant Lavern Joseph, this Court entered a Preliminary Order of Forfeiture, ordering the forfeiture of all of defendant Lavern Joseph's right, title and interest in the Forfeitable Property; and

WHEREAS, on March 13, 2025, this Court entered a Preliminary Order of Forfeiture, ordering the forfeiture of all of defendant Howard Unebasami's right, title, and interest in the Iliili Road Property; and

WHEREAS, the United States caused notice of these forfeitures to be published on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 15, 2025, as directed by the United States Attorney General in accordance with 21 U.S.C. § 853(n)(1), and as evidenced by the Notice of Filing Declaration of Internet Publication, filed on April 21, 2025 (ECF No. 188); and

WHEREAS, the United States has, to the extent practicable, provided written notice to those persons known to have an alleged interest in the Forfeitable Property; and

WHEREAS, no timely claims to the Forfeitable Property have been filed or received; and

WHEREAS, the Court finds that the defendants, or any combination of defendants convicted in the case, had an interest in the Forfeitable Property, which is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and/or 18 U.S.C. § 1955 and 28 U.S.C. § 2461; and

WHEREAS, pursuant to 21 U.S.C. § 853(n)(7), as incorporated by 28 U.S.C. § 2461, the United States is therefore entitled to have clear title to the Forfeitable Property and to warrant good title to any subsequent purchaser or transferee; and

WHEREAS, good and sufficient cause has been shown,

It is hereby ORDERED, ADJUDGED, AND DECREED:

THAT, a Final Order of Forfeiture is entered against the Forfeitable Property, specifically:

    i.    $468,800.00 in U.S. currency, seized on or about March 2, 2023, from safe deposit boxes at Bank of Hawaii, Waianae Branch;

    ii.    $122,763.00 in U.S. currency, seized on or about March 29, 2023 from a residence on Moekolu Street in Waianae, Hawaii; and

      iii.      All right, title, and interest, including all appurtenances and improvements thereon, in the real property, known as 87-881 Iliili Road, Waianae, Hawaii 96792 ; and

no right, title, or interest in the Forfeitable Property shall exist in any other party;

THAT, the Forfeitable Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) and/or 18 U.S.C. § 1955 and 28 U.S.C. § 2461; and

//

//

//

//

THAT, all right, title, and interest in the Forfeitable Property, as well as any income derived as a result of the management of the property by any United States agency that has had custody of the Forfeitable Property, are hereby condemned, forfeited, and vested in the United States of America and shall be disposed of according to law.

ORDERED this 26th day of June, 2025, Honolulu, Hawaii.



   /s/ J. Michael Seabright

J. Michael Seabright
United States District Judge

USA v. Edward Caspino, et al.; Criminal No. 23-00086 JMS; "Final Order of Forfeiture"